NUMBER 13-06-190-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

_________________________________________________________

 

TEXAS
REAL ESTATE 2000, INC., D/B/A GMAC 

REAL ESTATE 2000, ET AL.,                                    Appellants,

 

                                           v.

 

F
& B HOMES, LLP, D/B/A ELEGANT HOMES,                Appellee.

_________________________________________________________

 

                  On appeal from the 105th
District Court

                           of Nueces
County, Texas.

_________________________________________________________

 

                     MEMORANDUM OPINION

 

   Before Chief
Justice Valdez and Justices Rodriguez and Garza

Memorandum
Opinion Per Curiam

 








Appellants, TEXAS REAL ESTATE 2000, INC., D/B/A GMAC REAL ESTATE 2000, ET AL.,
perfected an appeal from an order entered by the 105th District
Court of Nueces County, Texas, in cause number 06-01382-D.  After the clerk=s record was filed, appellants filed a motion to
dismiss the appeal.  In the motion,
appellants state that this case has been resolved and appellants no longer wish
to prosecute this appeal.  Appellants
request that this Court dismiss the appeal.

The Court, having
considered the documents on file and appellants= motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellants= motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 

PER CURIAM

Memorandum Opinion delivered and filed this

the 20th day of July, 2006.